NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TASHA TEELING f/k/a ROBERT
P. TEELING,

        Appellant,

v.                                                  Case No. 2D18-3707

GREEN TREE SERVICING LLC,

        Appellee.

Opinion filed May 8, 2019.

Appeal from the Circuit Court for
Pasco County; Declan P. Mansfield,
Judge.

Justin R. Infurna of The Infurna Law
Firm, Orlando, for Appellant.

Jonathan L. Blackmore and William S.
Isenberg of Phelan Hallinan Diamond
& Jones, PLLC, Fort Lauderdale, for
Appellee.

PER CURIAM.

        Affirmed.

NORTHCUTT, SILBERMAN, and ROTHSTEIN-YOUAKIM, JJ., Concur.